MIRIAM HEFFERNAN, Appellant, v. SAM TISSER et al., Respondents, et al., Defendant.—

·Hopkins, Acting P. J., Shapiro, Gulotta, Christ and Brennan, JJ., concur.